**DOCKET NUMBER:**  23-cr-113 (RPK)

**CRIMINAL CAUSE FOR**  USA v. Sherilyn Pellitteri

**BEFORE CHERYL L. POLLAK, U.S.M.J.**   **DATE:**  4/3/2023   **TIME IN COURT:**  ~ 1hr

**DEFENDANT'S NAME:**  Sherilyn Pellitteri

| X | Present | | Not Present | | Custody | X | Not Custody |

**DEFENSE COUNSEL:**  Michael Weil

| X | Federal Defender | | CJA | | Retained |

**A.U.S.A.:**  Patrick J. Campbell       **PRETRIAL/PROBATION:**  Robert Long

| | **COURT REPORTER** | X | **ESR OPERATOR** | Mollie Krent | | **LOG:** | 2:13-3:14 |

**INTERPRETER:**   n/a                    **LANGUAGE:**   n/a

| X | Arraignment | | Revocation of Probation – non-contested |
| X | Change of Plea Hearing (~*Util-Plea Entered*) | | Revocation of Probation – contested |
| | In Chambers Conference | | Sentencing – non-evidentiary |
| | Pre-Trial Conference | | Sentencing – contested |
| | Initial Appearance | | Revocation of Supervised Rel. – evidentiary |
| | Status Conference | | Revocation of Supervised Rel. – non-evidentiary |
| | Telephone Conference | | Voir Dire Begun |
| | Jury Selection | | Voir Dire Held |
| | Motion Hearing – evidentiary | | |
| | Other Hearing: | | |

| X | Case called |
| X | Defendant:            Sworn  X            Informed of Rights    X |
| X | Defendant consents to have plea taken by a U.S. Magistrate Judge after being advised of the right to have the plea taken before a U.S. District Judge. |
| X | Waiver of Indictment Executed |
| X | Defendant Withdraws Not Guilty Plea and Enters Plea of Guilty as Stated on the Record |
| X | Court Finds Factual Basis for the Plea |
| X | Sentencing Set for:    10/3/2023 @ 2 PM |
| X | Based on the proceedings held in open court, it is respectfully recommended that the Court:  (1) find that the plea of guilty was made knowingly, and is voluntary and uncoerced; (2) find that there is a factual basis for the plea; and (3) accept the plea. |
| | Order of Excludable Delay Entered:     From                          To |
| | Order of Temporary Detention Entered |

## TEXT

Case Called.  Defendant present with defense counsel Federal Defender Michael Weil. AUSA Patrick J. Campbell was present for the government; Pretrial Officer Robert Long was present. Defendant consented to Magistrate Judge Pollak's jurisdiction.  Defendant sworn and informed of rights. Defendant was arraigned on the Information and waived her right to an indictment.  Defendant pleaded guilty to the information on the charge of Conspiracy to Defraud the United States Department of Health and Human Services.  Judge Pollak issued Rule 5 warnings. Judge Pollak will issue a written order describing the Rule 5 obligations.  Judge Pollak

entered an Order Setting Conditions of Release and Appearance Bond. Judge Pollak recommends that Judge Kovner accept the plea.  The sentencing will be set for October 3, 2023 at 2 PM before Judge Kovner.

**UTILITIES**

| | | | |
|---|---|---|---|
| X | ~Util-Plea Entered | | ~Util-Add/Terminate Attorneys |
| | ~Util-Exparte Matter | | ~Util-Terminate Parties |
| | ~Util-Set/Reset Deadlines | | ~Util-Indictment Unsealed |
| | ~Util-Set/Reset Hearings | | ~Util-Information Unsealed |
| | ~Util-Set/Reset Deadlines/Hearings | X | ~Util-Bond Set/Reset |
| | ~Util-Terminate Motions | | ~Util-Set/Reset Mot./R&R Deadlines/Hearings |