

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

PJC
F. #2022R00246

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

April 13, 2023

By E-mail

The Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

   Re: United States v. Sherilyn Pellitteri
     Criminal Docket No. 23-113 (RPK)

Dear Judge Scanlon:

  The government respectfully moves for an order unsealing the above-captioned matter in its entirety, including the information.

          Respectfully submitted,

          BREON PEACE
          United States Attorney

     By: /s/
        Patrick J. Campbell
        Trial Attorney, Fraud Section
        Criminal Division
        U.S. Department of Justice
        (718) 254-6366

Enclosure

cc: Clerk of Court (by ECF)
   Michael Weil, Esq. (by Email)

PJC
F.# 2022R00246

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - X

UNITED STATES OF AMERICA

    - against -

SHERILYN PELLITTERI

        Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - X

~~XXXXXXXXX~~ PROPOSED  O R D E R

CR 23-113 (RPK)

    Upon the application of BREON PEACE, United States Attorney for the Eastern District of New York, by Department of Justice Trial Attorney Patrick J. Campbell, for an order unsealing the above-captioned matter in its entirety, including the information.

    WHEREFORE, it is ordered that the above-captioned matter in its entirety be unsealed.

Dated:  Brooklyn, New York
          _____4/13_____, 2023

                                      *Vera M. Scanlon*

                                      HONORABLE VERA M. SCANLON
                                      UNITED STATES MAGISTRATE JUDGE
                                      EASTERN DISTRICT OF NEW YORK